NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Tina Wolfson, CA Bar No. 174806
Ahdoot & Wolfson, PC
1016 Palm Avenue
West Hollywood, CA 90069
Tel: (310) 474-9111
Fax: (310) 474-8585
Email: twolfson@ahdootwolfson.com

ATTORNEY(S) FOR: Plaintiff Edward Lewand

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDWARD LEWAND, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

MAZDA MOTOR OF AMERICA, INC., a California corporation,

Defendant(s)

CASE NUMBER:

8:17-cv-00620

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Edward Lewand or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Edward Lewand, an individual | Plaintiff |
| Mazda Motor of America, Inc., a California corporation | Defendant |

April 5, 2017
Date

/s/ Tina Wolfson
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Edward Lewand